# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM OF BANKRUPTCY APPEALS
### TO DISTRICT COURT

Debtor(s) Name: _Thomas A. Chennadu_
Bankruptcy Case No. _13-20436_
Adversary Case No.
Previous Civil No. / USDJ (on a recently submitted Notice of Appeal)
Previous Misc. No. (on a recently submitted Motion for Leave to Appeal) _3:14mc79 (VLB)_

**I. The following checked items are enclosed for inclusion in the Record on Appeal named above:**

1. ( X ) Notice of Appeal
2. ( ) Designation of items filed by the Appellant
3. ( ) Designation of items filed by the Appellee
4. ( ) Cross Appeal
5. ( ) Amended Appeal
6. ( ) No Designations were filed, which were due on
7. ( X ) Appeal Filing Fee paid
8. ( ) Other

**II. The following originals are included in the record on appeal:**

Court Exhibits (indicate how many)

**III. The following are parties/attorneys associated with this appeal:**

The Appellant is Thomas Chennadu and is represented by Suzann L. Beckett

Appeal Transmittal form page −2−


The Appellee is JPMorgan Chase Bank, NA and is represented by Michael Wrona


**All other interested parties as listed on the Designation of Contents are as follows:**

Name:        and is represented by
Name:        and is represented by
Name:        and is represented by
Name:        and is represented by
Name:        and is represented by


By _____
   Theresa J. Steady
   Deputy Clerk, USBC                    Date: 3/17/15

---

**Acknowledgment(please return a copy to sender)**


Civil Case Number assigned: 3:15-cv-394-MPS
 X  I hereby acknowledge reciept of the above named items.
___ I hereby return the original documents named on page 1 of this document.


By Phyllis Malone-NH                    Date 3/17/2015
   Deputy Clerk, USDC

 13-20436 Transmittal regarding Appeal and/or related documents (USDC)
CTBECF_Courtmail
to:
Courtmail
03/17/2015 09:42 AM
Hide Details
From: CTBECF_Courtmail@ctb.uscourts.gov

To: Courtmail@ctb.uscourts.gov

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Steady, Theresa entered on 3/17/2015 at 9:41 AM EDT and filed on 3/17/2015
**Case Name:** Thomas Chennadu
**Case Number:** 13-20436
**Document Number:** 77

**Docket Text:**
Transmittal of Notice and Motion for Leave on Appeal to U.S. District Court (RE:)[59] Order on Motion to File Amended Proof of Claim, [64] Memorandum of Decision and Order, [69] Notice of Appeal, [76] Motion for Leave to Appeal (Steady, Theresa)

The following document(s) are associated with this transaction:

**13-20436 Notice will be electronically mailed to:**

Suzann L. Beckett on behalf of Debtor Thomas Chennadu
SuzannB@Beckett-Law.com, slbeckett@gmail.com

Andrew Cannella on behalf of Creditor JPMorgan Chase Bank, National Association
bkecf@bmpc-law.com

Ana M. Fidalgo on behalf of Creditor JPMorgan Chase Bank, National Association
bkecf@bmpc-law.com, afidalgo@bmpc-law.com

Martin A. Mooney on behalf of Creditor Mercedes-Benz Financial Services USA LLC f/k/a
DCFS USA LLC
arappold@schillerknapp.com

Brian D. Rich on behalf of Creditor JPMorgan Chase Bank, National Association
rich@halloran-sage.com, spencer@halloran-sage.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Molly T. Whiton
mtwhiton@mtwhiton.com

Michael S. Wrona on behalf of Creditor JPMorgan Chase Bank, National Association
wrona@halloran-sage.com, pinell@halloran-sage.com

**13-20436 Notice will not be electronically mailed to:**

Jesse C. Clark on behalf of Debtor Thomas Chennadu
543 Prospect Avenue
West Hartford, CT 06105

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

PRA Receivables Management, LLC
POB 41067
NORFOLK, VA 23541