

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT  06103 | New Haven, CT  06510 | Bridgeport, CT  06604 |
| Phone:  860.240.3200 | Phone:  203.773.2140 | Phone:  203.579.5861 |
| Fax:  860.240.3211 | Fax:  203.773.2334 | Fax:  203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

Click here to enter a date.

## NOTICE TO COUNSEL

**IN RE:  Chennadu**

**BANKRUPTCY FILE NUMBER:  13-20436**

**CIVIL DOCKET NUMBER: 3:15-cv-394-MPS**

A notice of appeal in the above-entitled matter was transmitted to the District Court by the U.S. Bankruptcy Court on March 17, 2015 and entered on the docket on March 18, 2015 pursuant to Bankruptcy Rules.

The appellant and appellee shall serve and file their briefs pursuant to Bankruptcy Rule 8009.

Thereafter, the matter will be scheduled for disposition by this court as soon as possible.


ROBIN D. TABORA, CLERK


By: Phyllis Malone
       Deputy Clerk