UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: Thomas Chennadu
Bankruptcy Case No. 13−20436
Adversary Case No.
Previous Civil No. 3:15−CV−0394 (MPS)
Previous Miscellaneous No.
Transmittal Document No.: 80

**To the District Court:**

**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)
   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via email (indicate how many)
   ☐ Transcripts, via email
   ☑ Other Objection

4. Other applicable information:

   Filing Fee ☐ Paid ☐ Not Paid
   Appellant's name: Thomas Chennadu
   Appellant's attorney: Suzann L. Beckett
   Appellee's name: JPMorgan Chase Bank, NA
   Appellee's attorney: Michael Wrona
   Additional Interested Parties:

By Theresa J. Steady
   Deputy Clerk, U. S. Bankruptcy Court            Date: 4/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Thomas Chennadu
Bankruptcy Case No.: 13−20436
Adversary Case No.:
Previous Civil No.: 3:15−CV−0394 (MPS)
Previous Miscellaneous No.:
Transmittal Document No.: 80
Transmittal dated: 4/1/15

**To the Bankruptcy Court:**

**The following number has been assigned:**

☐ Civil No. Assigned _____

☐ Miscellaneous No. Assigned _____

X ☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By   Jazmin Perez                     4/3/2015
    Deputy Clerk, U. S. District Court        Date: _____

 13-20436 Transmittal regarding Appeal and/or related documents (USDC)
CTBECF_Courtmail
to:
Courtmail
04/01/2015 08:48 AM
Hide Details
From: CTBECF_Courtmail@ctb.uscourts.gov

To: Courtmail@ctb.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Steady, Theresa entered on 4/1/2015 at 8:47 AM EDT and filed on 4/1/2015
**Case Name:** Thomas Chennadu
**Case Number:** 13-20436
**Document Number:** 80

**Docket Text:**
Transmittal of Objection Re: [76] Motion for Leave to Appeal to U.S. District Court (RE:)[79] Objection (Steady, Theresa)

The following document(s) are associated with this transaction:

**13-20436 Notice will be electronically mailed to:**

Suzann L. Beckett on behalf of Debtor Thomas Chennadu
SuzannB@Beckett-Law.com, slbeckett@gmail.com

Andrew Cannella on behalf of Creditor JPMorgan Chase Bank, National Association
bkecf@bmpc-law.com

Ana M. Fidalgo on behalf of Creditor JPMorgan Chase Bank, National Association
bkecf@bmpc-law.com, afidalgo@bmpc-law.com

Martin A. Mooney on behalf of Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC
arappold@schillerknapp.com

Brian D. Rich on behalf of Creditor JPMorgan Chase Bank, National Association
rich@halloran-sage.com, spencer@halloran-sage.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Molly T. Whiton
mtwhiton@mtwhiton.com

Michael S. Wrona on behalf of Creditor JPMorgan Chase Bank, National Association
wrona@halloran-sage.com, pinell@halloran-sage.com

**13-20436 Notice will not be electronically mailed to:**

Jesse C. Clark on behalf of Debtor Thomas Chennadu
543 Prospect Avenue
West Hartford, CT 06105

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

PRA Receivables Management, LLC
POB 41067
NORFOLK, VA 23541